IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JORDAN WHEELER PLAINTIFF

v. Case No. 6:26-cv-06062

ARKANSAS DEPARTMENT OF CORRECTIONS; SERGEANT SEIGAL; MAJOR OTTS; and WARDEN WHITE DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Judge Ford recommended that Plaintiff's case be dismissed without prejudice.

After filing an Amended Complaint (ECF No. 7) with the Court, Plaintiff had neither paid the filing fee nor applied to proceed *in forma pauperis*. Judge Ford entered an order (ECF No. 8) directing him to do one of these things, but Plaintiff never responded. Subsequently, Judge Ford entered an order directing Plaintiff to show cause for his failure to obey the previous order and warning him that if he missed this deadline then "this case shall be subject to dismissal." ECF No. 9. Again, Plaintiff never responded. The Court's show cause order mailed to Plaintiff has been returned as undeliverable and the Court set a deadline requiring that a new address be provided by September 23, 2026. ECF No. 10. However, no new address has been provided. Therefore, Judge Ford recommended that Plaintiff's Amended Complaint (ECF No. 7) be dismissed for failure to prosecute this case and failure to obey the orders of the Court pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2), respectively.

Defendant has not objected to the R&R, and the time to do so has passed. See 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 11) in its entirety. Accordingly, Plaintiff's Amended Complaint (ECF No. 7) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of October, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge